# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  12civ0783                 Purchased/Filed: January 31, 2012

STATE OF NEW YORK      UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT

---

*Robert Gonzalez, on behalf of himself and all others similarly situated*     Plaintiff

against

*Relin, Goldstein & Crane, LLP*     Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 6, 2012_____, at ___3:45pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint- Class Action Jury Trial Demanded

on

_____Relin, Goldstein & Crane, LLP_____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __121-1505 Limited Liability Partnership Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__  
Color of skin: __White__   Hair color: __Brown__   Sex: __Male__   Other: _____

Sworn to before me on this

__8th__ day of __February, 2012__

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2015

Heather Morigerato  
**Attny's File No.**  
Invoice•Work Order # SP1201421

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**