IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

ROBERT GONZALEZ, on behalf
of himself and all others similarly situated,        Index No.12-cv-0783 (ER) (LMS)

                    Plaintiff,

            v.

RELIN, GOLDSTEIN & CRANE, LLP

                    Defendant.
-----------------------------------------------------X

## AFFIDAVIT OF SERVICE BY MAIL

Shimshon Wexler declares under the penalty of perjury that on February 10th, 2012 I mailed upon:

Relin, Goldstein & Crane, LLP at 28 East Main Street, Suite 1800 in Rochester, New York 14614 a copy of the following documents:

1-The Amended Complaint in the above entitled action

by placing it in an envelope with proper postage and depositing it into a depository approved by the United States Post Office.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 17th, 2012

                                                    _____
                                                    Shimshon Wexler