

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Robert Gonzalez, on behalf of himself and
all others similarly situated,

                *Plaintiff,*

v.

Relin Goldstein & Crane, LLP

                *Defendant.*

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT

12-cv-0783 (ER)

---

The undersigned attorneys on behalf of the parties hereto stipulate that Defendant Relin Goldstein & Crane, LLP's time to answer, move against or otherwise respond to the Plaintiff's Amended Complaint is extended through and including April 2, 2012.

Dated: Buffalo, New York
       February 29, 2012

**LAW OFFICES OF SHIMSHON WEXLER, P.C.**
By: _____
    Shimshon Wexler
2710 Broadway, 2 Fl
New York, NY 10025
(212) 760-2400
*Attorney for Plaintiff*

Robert Gonzalez, on behalf of himself and all others similarly situated

**HISCOCK & BARCLAY, LLP**
By: _____
    Dennis R. McCoy
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203-1414
(716) 566-1544
*Attorney for Defendants*

Relin Goldstein & Crane, LLP

So Ordered:
~~GRANTED:~~

_____
Hon. Edgardo Ramos, U.S.D.J.

Dated: March 1, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2012
```