UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Gonzalez,

                            Plaintiff(s),        **NOTICE OF COURT CONFERENCE**

-against-

                                                     12 Civ. 783 (ER)

Relin Goldstein & Crane, LLP,

                            Defendant(s).
------------------------------------------------------------x

A conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on **May 17, 2012 at 11:00 am** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218.

This case has been designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York. The parties should refer to ECF Doc. No. 3, submit the Report under 1.A. within seven days before the conference, and be prepared at the conference to discuss the issues set forth in 1.B.

                                                                 _____
                                                                 Gina Sidora, Courtroom Deputy to
                                                                 Hon. Edgardo Ramos, U.S.D.J.

Dated:       White Plains, New York
                April 10, 2012

```
USDS
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2012
```