UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GONZALEZ,

                      Plaintiff(s),          **NOTICE OF COURT**
                                                    **CONFERENCE**

   - against -

                                                    12 Civ. 783 (ER)

RELIN GOLDSTEIN & CRANE, LLP,

                      Defendant(s).
-------------------------------------------------------x

A Preliminary Hearing on Settlement and the Proposed Class will be held before the Hon. Edgardo Ramos, U.S.D.J. on **July 25, 2012 at 10:00 am** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218.

                                                              _____
                                                              Gina Sicora, Courtroom Deputy to
                                                              Hon. Edgardo Ramos, U.S.D.J.

Dated:     White Plains, New York
            July 6, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2012