UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ROBERT GONZALEZ,
 on behalf of himself and all others similarly situated,    Case No.: 12-cv-0783 (ER)

           Plaintiff,

v.

RELIN GOLDSTEIN & CRANE, LLP

           Defendant.
-------------------------------------------------------X

## Declaration of Shimshon Wexler

I am the attorney for the plaintiff in this action. I submit this declaration in further support of the motion for attorney's fees. Attached is the detailed time reporting regarding the time I spent as attorney for plaintiff in this matter.

Dated: Dec. 26th, 2012
      New York, NY

                                            Respectfully Submitted,

                                            Shimshon Wexler
                                            The Law Offices of Shimshon Wexler, PC
                                            PO Box 250870
                                            New York, NY 10025
                                            212-760-2400
                                            917-512-6132 fax
                                            swexleresq@gmail.com